| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | 0207 1:21CR00376 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:23cr64 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Eastern District Of New York | Brooklyn |

**NAME OF SENTENCING JUDGE**

Eric Komitee, USDJ

| NAME AND ADDRESS (cont.) | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- | --- |
| Dennis Harris 10518 Sarata Lane Chesterfield, Virginia 23832 | | 4/27/2023 | 4/26/2025 |

**OFFENSE**

**Count 1:**
Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2)
(Class C Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Eastern District of Virginia_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| May 18, 2023 | s/Eric Komitee |
| --- | --- |
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____Virginia_____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| May 24, 2023 | /s/ |
| --- | --- |
| *Effective Date* | *United States District Judge* Roderick C. Young |